**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JAFFER ODEH,

    Plaintiff,

v.                                                    Case No. 10-CV-10287-DT

AUTO CLUB INSURANCE ASSOCIATION,

    Defendant.
                                      /

**ORDER SUSPENDING DISCOVERY PENDING RESOLUTION OF
PLAINTIFF'S MOTION TO DISMISS**

On February 11, 2010, the court conducted a telephonic scheduling conference. During the conference, Plaintiff's counsel informed the court that he would soon be filing a motion to dismiss this case without prejudice so that he could re-file the case in state court. Defendant's counsel indicated that Defendant would likely oppose the motion. After consulting with counsel, the court determined that court-supervised discovery in this matter should be suspended pending resolution of the motion to dismiss. Accordingly,

IT IS ORDERED that court-supervised discovery[1] in this matter is SUSPENDED pending resolution of Plaintiff's contemplated motion to dismiss.

                                                      S/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: February 16, 2010

---

[1] The parties are of course free to engage in voluntary discovery by agreement.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 16, 2010, by electronic and/or ordinary mail.

                                            S/Lisa G. Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522